# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand and thirteen.

_____

Chevron Corporation,

Plaintiff-Counter-Defendant-Appellee,

v.

Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje,

Defendants-Appellants.

_____

**ORDER**
Docket No. 13-332

    IT IS HEREBY ORDERED that the appellants' motion to strike the appellee's judicial estoppel argument is referred to the panel that will consider the motion to dismiss.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court