United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 27, 2013
Docket #: 13-332cv
Short Title: Chevron Corporation v. Donziger

DC Docket #: 11-cv-691
DC Court: SDNY (NEW YORK CITY)
DC Judge: Kaplan

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for dismiss, strike, etc filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, April 9, 2013, A Panel.

Inquiries regarding this case may be directed to 212-857-8595.